# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN RE:

**CHARLES F. STEINBERGER**
**PAMELA J. PERRY**

*Debtors*,

**Case No. 8:10-bk-19945-KRM**
Chapter 7

Adv. Pro. No. 8:11-ap-00418-KRM

**DENISE SUBRAMANIAM,**

    *Plaintiff*,

    v.

**CHARLES STEINBERGER,**

**ICANN**
**INTERNET.BS,**
**SUSAN K. WOODARD, Chapter 7 Trustee**

    *Defendants*.

## DEFENDANT INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, INC.'S MOTION FOR WITHDRAWAL OF REFERENCE OF THE ADVERSARY PROCEEDING AS TO CLAIMS AGAINST DEFENDANT ICANN

LAI-3131242v1

By this Motion and the accompanying Memorandum of Law in Support thereof, Defendant Internet Corporation for Assigned Names and Numbers, Inc. ("ICANN") hereby moves this Court for the entry of an order:

1. Withdrawing the reference with respect to the claims asserted against ICANN in the adversary proceeding captioned *Subramaniam v. Steinberger*, Adv. Proc. 8:11-AP-00418-KRM, pursuant to 28 U.S.C. § 157(d), Rule 5011 of the Federal Rules of Bankruptcy Procedure and Rule 5011-1 of the Local Rules of the United States Bankruptcy Court for the Middle District of Florida, on the grounds that (i) while this Court has independent federal jurisdiction over the claims against ICANN, such claims were improperly removed to the Bankruptcy Court for the Middle District of Florida, which has no subject matter jurisdiction over such claims, and (ii) the requirements for permissive withdrawal of the reference are satisfied here;

2. Transferring the Adversary Proceeding as against ICANN pursuant to 28 U.S.C. §§ 1406(a) and 1412 in the interests of justice to United States District Court for the District of Oregon, Portland Division as the venue to which these claims should have properly been removed, and;

3. Granting such other relief as the Court deems just and proper.

DATED: May 20, 2011

Respectfully submitted,

By: /s/ Maria Ruiz
Maria Ruiz
Florida Bar No.: 182923
Kasowitz, Benson, Torres & Friedman LLP
1441 Brickell Avenue
Suite 1420
Miami, Florida 33131
Telephone: (786) 587-1044
Facsimile: (305)675-2601
Email: mruiz@kasowitz.com

LAI-3131242v1

By: /s/ Jane Rue Wittstein
Jane Rue Wittstein (*Pro Hac Vice Pending)*
Cindy Reichline (*Pro Hac Vice Pending)*
Jones Day
555 S. Flower Street, 50th Floor
Los Angeles, California 90071
Telephone: (213) 4893939
Facsimile: (213)243-2539
Email: jruewittstein@jonesday.com
Email: creichline@jonesday.com

Attorneys for Defendant
INTERNET CORPORATION FOR
ASSIGNED NAMES AND NUMBERS

LAI-3131242v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion has been provided by regular U.S. Mail or the Court's CM/ECF system on the 20th day of May, 2011, to: Charles F. Steinberger and Pamela J. Perry, 19302 69th Avenue East, Bradenton, FL 34211; Christopher D. Smith, Esq., 5391 Lakewood Ranch Blvd., #203, Sarasota, FL 34240; Denise Subramaniam, 2850 SW Cedar Hills Blvd. #351, Beaverton, OR 97005 and at 13865 SW Walker Road, Beaverton, OR 97005; Susan K. Woodard, Trustee, PO Box 7828, St. Petersburg, FL 33734-7828; Herbert Donica, Counsel for Trustee, 106 S. Tampania Ave., Suite 250 Tampa, FL 33609 and Internet.bs Corp., c/o Ernesto Gongora, CTO, 98 Hampshire Street, N-4892 Nassau, The Bahamas.

/s/ Maria H. Ruiz
Maria H. Ruiz
Florida Bar No. 182923
mruiz@kasowitz.com

LAI-3131242v1