UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**In re:**
**Charles F. Steinberger and**
**Pamela J. Perry,**

                 Case No.  8:10-bk-19945-KRM

 **Debtors.**
_____/

**DENISE SUBRAMANIAM,**

 **Plaintiff,**

v.                    Case No.  8:11-mc-71-JSM

**CHARLES STEINBERGER,**
**ICANN, and SUSAN K. WOODWARD,**
**Chapter 7 Trustee,**

 **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant ICANN's Motion for Withdrawal of Reference of the Adversary Proceeding as to Claims Against Defendant ICANN (Dkt. 1).  The motion to withdraw the reference is unopposed.  ICANN asserts that the claims against it were removed to the bankruptcy court in error and should either be dismissed or transferred to the proper venue in the United States District Court for the District of Oregon.  Upon consideration, the Court concludes that the motion to withdraw should be granted and the case transferred to the District Court of Oregon.

It is therefore ORDERED and ADJUDGED that:

1. Defendant ICANN's Motion for Withdrawal of Reference of the Adversary Proceeding as to Claims Against Defendant ICANN (Dkt. 1) is GRANTED.

2. The Clerk is directed to open a civil case in accordance with Clerk's office procedures and direct assign Judge James S. Moody, Jr. as the presiding judge.

3. Defendant ICANN's request to dismiss this case or transfer to the United States District Court for the District of Oregon is GRANTED in part as to the request to transfer to the District of Oregon.

4. The Clerk is directed to transfer the adversary proceeding to the United States District Court for the District of Oregon.

**DONE** and **ORDERED** in Tampa, Florida on July 27, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2011\11-mc-71.withdraw reference and transfer.wpd